IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Teana Doughty, individually and on behalf of all others similarly situated, <br>     Plaintiff, <br><br> v. <br><br> Optio Solutions, LLC, d/b/a Qualia Collection Services, a Delaware limited liability company, and Credit Control, Funding, LLC, a Missouri limited liability company, <br>     Defendants. | No. 1:18-cv-2292-JMS-MPB |

**STIPULATION OF DISMISSAL**

The parties, having reached a settlement of Plaintiff's individual claims against the Defendants, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 9, 2018

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60457

One of Defendant Optio Solutions' Attorneys

/s/ Brendan H. Little
Brendan H. Little
Lippes Mathias Wexler Friedman, LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202

One of Defendant Credit Control's Attorneys

/s/ Patrick A. Watts
Patrick A. Watts
Watts Law Group, LLC
212 South Bemiston Avenue, Suite 200
St. Louis, Missouri 63105

The foregoing stipulation is hereby approved and Plaintiff's individual claims are hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Date: 11/13/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.